UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO DE LEON-GONZALEZ, | ) | CASE NO. CV 08-03135-MMM (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| J. L. NORWOOD, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the action is dismissed.


DATED:    March 13, 2009


_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\judment.wpd